IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-09565 ESL |
|---|---|
| ANGEL M DIAZ ROSARIO <br> NORMA E CRUZ RUIZ <br><br> Debtor(s) | CHAPTER 7 |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, ANGEL M DIAZ ROSARIO and NORMA E CRUZ RUIZ,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: _include unsecured creditors named Jose Matos Irizarry, Evelyn Mercado Cruz, Carlos Marrero Vazquez, Anibal Cordero Flores, postal address D11 Calle 5 Urb. La Inmaculada, Toa Baja PR 00949-3934, and Departamento de Hacienda, postal address PO Box 9024140 San Juan PR 00902-4140_

**WHEREFORE,** the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**
Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

1

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Angel M Diaz Rosario and Norma E Cruz Ruiz; to the creditors affected by the amendment: *Jose Matos Irizarry, Evelyn Mercado Cruz, Carlos Marrero Vazquez, Anibal Cordero Flores, postal address D11 Calle 5 Urb. La Inmaculada, Toa Baja PR 00949-3934, and Departamento de Hacienda, postal address PO Box 9024140 San Juan PR 00902-4140*; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 27 day of January, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL NO (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ANGEL M DIAZ ROSARIO
NORMA E CRUZ RUIZ

Debtor(s)

CASE NUMBER: 11-09565 ESL

CHAPTER 13

## DEBTORS' VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule(S)** F , consisting of 4 **sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this 27 day of January, 2012.

_____
ANGEL M DIAZ ROSARIO

_____
NORMA E CRUZ RUIZ

3

B6F (Official Form 6F) (12/07)

IN RE DIAZ ROSARIO, ANGEL MANUEL & CRUZ RUIZ, NORMA ENID          Case No. 11-09565-7
                                    Debtor(s)                                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 000207401100 <br> AAA <br> PO Box 70101 <br> San Juan, PR 00936-8101 | | J | Utility | | | | 609.14 |
| ACCOUNT NO. 0410008863003 <br> AEE <br> PO BOX 363508 <br> SAN JUAN, PR 00936-3508 | | J | Utility | | | | 2,144.00 |
| ACCOUNT NO. xxx-xx-6467 <br> ANIBAL CORDERO FLORES <br> D11 5 STREET LA INMACULADA <br> TOA BAJA, PR 00949-3934 | | J | Collection of Money | | | | 10,000.00 |
| ACCOUNT NO. 4549-0011-7076-7436 <br> BANCO POPULAR DE PR <br> PO BOX 70100 <br> SAN JUAN, PR 00936-8100 | | W | Revolving account opened 9/90 | | | | 6,083.00 |
| 3 continuation sheets attached | | | | | Subtotal (Total of this page) | | $ 18,836.14 |
| | | | | | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2500161231011254<br>BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | | H | Installment account opened 5/06<br>Deficiency | | | | 15,532.00 |
| ACCOUNT NO. xxx-xx-6467<br>CARLOS MARRERO VAZQUEZ<br>D11 5 STREET LA INMACULADA<br>TOA BAJA, PR 00949-3934 | | J | Collection of Money | | | | 20,000.00 |
| ACCOUNT NO. 6075099143200940<br>CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | | J | Installment account opened 12/03 | | | X | 66,576.00 |
| ACCOUNT NO. 706848259<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | W | Open account opened 2/10 | | | | 673.00 |
| ACCOUNT NO. 689862431<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | W | Open account opened 10/03 | | | | 397.00 |
| ACCOUNT NO. 104786711961703<br>CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | | W | Open account opened 8/07 | | | | 109.00 |
| ACCOUNT NO. xxx-xx-6467<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | | J | Tax 2009, 2010, 2011 | | | | 882.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 104,169.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-6467<br>EVELYN MERCADO CRUZ<br>D11 5 STREET LA INMACULADA<br>TOA BAJA, PR 00949-3934 | | J | Collection of Money | | | | 30,000.00 |
| ACCOUNT NO. xxx-xx-6467<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | J | Tax 2005 | | | | 1,798.00 |
| ACCOUNT NO. xxx-xx-6467<br>JOSE MATOS IRIZARRY<br>D11 5 STREET LA INMACULADA<br>TOA BAJA, PR 00949-3934 | | J | Collection of Money | | | | 17,500.00 |
| ACCOUNT NO. 1719585036303155<br>LVNV FUNDING<br>SEARS<br>PO BOX 740281<br>HOUSTON, TX 77274 | | W | Open account opened 7/06 | | | | 7,322.00 |
| ACCOUNT NO. 5049948115662670<br>LVNV FUNDING LLC<br>CITIBANK<br>PO BOX 740281<br>HOUSTON, TX 77274 | | H | Open account opened 3/06 | | | | 4,734.00 |
| ACCOUNT NO. 2584689229<br>PR TELEPHONE COMPANY<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | W | Open account opened 5/08 | | | | 109.00 |
| ACCOUNT NO. 096-A03<br>PREFERRED HOME SERVICES<br>PO BOX 4069<br>BAYAMON, PR 00958-1069 | | J | Maintenace Fees | | | | 16,969.71 |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 78,432.71

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE DIAZ ROSARIO, ANGEL MANUEL & CRUZ RUIZ, NORMA ENID        Case No. 11-09565-7
                         Debtor(s)                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 335110<br>SECURITY CRED<br>GENERAL ELECTRIC CAPITAL<br>2653 W OXFORD LOOP<br>OXFORD, MS 38655 | | W | | | | X | 1,548.00 |
| ACCOUNT NO. 35336<br>UNIVERSALLY TRAINED EMERGENCY PHYSIANS<br>HC 02 BOX 10225<br>JUNCOS, PR 00777 | | J | Medical Services | | | | 175.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 1,723.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 203,160.85

IN RE DIAZ ROSARIO, ANGEL MANUEL & CRUZ RUIZ, NORMA ENID          Case No. 11-09565-7
                                    Debtor(s)                                               (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____18____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 1/27/2012          Signature: _____
                                    ANGEL MANUEL DIAZ ROSARIO                    Debtor

Date: 1/27/2012          Signature: _____
                                    NORMA ENID CRUZ RUIZ                    (Joint Debtor, if any)
                                    [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

DIAZ ROSARIO, ANGEL MANUEL
ESTANCIAS DE BAIROA
A3 BROMELIA STREET
CAGUAS, PR 00725

CRUZ RUIZ, NORMA ENID
ESTANCIAS DE BAIROA
A3 BROMELIA STREET
CAGUAS, PR 00725

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

AAA
PO Box 70101
San Juan, PR 00936-8101

AEE
PO BOX 363508
SAN JUAN, PR 00936-3508

ANIBAL CORDERO FLORES
D11 5 STREET LA INMACULADA
TOA BAJA, PR 00949-3934

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

CARLOS MARRERO VAZQUEZ
D11 5 STREET LA INMACULADA
TOA BAJA, PR 00949-3934

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

CITIFINANCIAL
300 SAINT PAUL PL
BALTIMORE, MD 21202

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

DORAL FINANCIAL CORP
1451 F D ROOSEVELT AVE
SAN JUAN, PR 00920

EVELYN MERCADO CRUZ
D11 5 STREET LA INMACULADA
TOA BAJA, PR 00949-3934

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JOSE MATOS IRIZARRY
D11 5 STREET LA INMACULADA
TOA BAJA, PR 00949-3934

LVNV FUNDING
SEARS
PO BOX 740281
HOUSTON, TX 77274

LVNV FUNDING LLC
CITIBANK
PO BOX 740281
HOUSTON, TX 77274

PR AUTO LOANS, LLC
118 AVE LUIS MUNOZ MARIN
CAGUAS, PR 00725

PR TELEPHONE COMPANY
PO BOX 71401
SAN JUAN, PR 00936-8501

PREFERRED HOME SERVICES
PO BOX 4069
BAYAMON, PR 00958-1069

SECURITY CRED
GENERAL ELECTRIC CAPITAL
2653 W OXFORD LOOP
OXFORD, MS 38655

UNIVERSALLY TRAINED EMERGENCY
PHYSIANS
HC 02 BOX 10225
JUNCOS, PR 00777